## Chemical Analysis Report

Albuquerque District Office
2660 Fritts Crossing SE
Albuquerque, NM 87106

**Case Number:** REDACTED
**LIMS Number:** 2022-SFL6-07702

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 2 | N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl) (calc. as Hydrochloride) | 101.3 g ± 0.1 g | 2.2% ± 0.6% | 2.2 g ± 0.6 g |
| 2 | Acetaminophen | | ---- | ---- |

**Remarks:**

The net weight represents the weight of all material, excluding the packaging.

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit.  All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

Total dosage unit count = 973 tablets (net); 913 tablets (reserve); substance concentration: 2.2 mg/tablet.

### Exhibit Details:

**Date Accepted by Laboratory:** 09/07/2022     **Gross Weight:** 161.5 g     **Date Received by Examiner:** 10/18/2022

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 2 | 973 | Plastic Bag | Tablet | 95.1 g |

**Remarks:**
5.1 gram(s) removed for special program.

### Exhibit Analysis:

**Sampling:**

Fentanyl and Acetaminophen identified in 9 unit(s) tested of 973 unit(s) received indicating, to at least a 95% level of confidence, that at least 70% of the units in the population contain the substance(s). A composite was formed from 15 units for further testing.

| Exhibit | Summary of Test(s) |
|---|---|
| 2 | Gas Chromatography/Mass Spectrometry, Immunoassay Test |

| Exhibit | Purity Test(s) |
|---|---|
| 2 | DEA 127 / Gas Chromatography |

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Norma Iris Caraballo, Supervisory Chemist     **Date:** 11/03/2022
**Approved By:** /S/ Angel E. Ramirez, Supervisory Chemist     **Date:** 11/07/2022

**GOVERNMENT EXHIBIT**

14a

**Chemical Analysis Report**

Albuquerque District Office
2660 Fritts Crossing SE
Albuquerque, NM 87106

**Case Number:** REDACTED
**LIMS Number:** 2022-SFL6-07702

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA) and was so employed when I conducted the examinations and analyses of the above referenced LIMS number. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described above, are based on my knowledge, skill, experience, training, and education. See my Curriculum Vitae (which will be provided prior to the close of expert discovery) for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years. The opinions described are based on the listed chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the laboratory report and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced LIMS number. Refer to this laboratory report associated with the subject LIMS number. The analytical methods used in these analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596. This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer. In addition, I may offer opinions in response to questions posed during trial. Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I, the analyst, approve the foregoing disclosure, and reserve the right to amend as necessary to comply with Rule 16's obligations.

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Norma Iris Caraballo, Supervisory Chemist                **Date:** 11/03/2022
**Approved By:** /S/ Angel E. Ramirez, Supervisory Chemist                **Date:** 11/07/2022



Norma Iris Caraballo, Ph.D.
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Supervisory Chemist
North Central Laboratory
Chicago, Illinois

# AREA OF EXPERTISE

Forensic Discipline

Seized Drug Analysis

Expert Testimony

- Testified 8 times. Testimony given within the last 4 years are listed below:
    - United States of America v. Terry Wayne Lee [Case No: 4:20CR274], Eastern District of Texas (Plano, Texas) 2022.
    - The State of Texas v. Charles Brett Boren [Cause No. 15-22594 & 13-18230], 252nd District Court (Beaumont, Texas) 2022.
    - United States of America v. Chance Anthony Uptmore [Case No: 5:21-CR-0052-FB], Western District of Texas (San Antonio, Texas) 2022.
    - United States of America v. Michael Theodore Ortega [Case No: 21-CR-665 MV], District of New Mexico (Santa Fe, New Mexico) 2022.
    - United States of America v. Indalecio Florez-Uribe [Case No: A:20-CR-070-LY(12)], Western District of Texas (Austin, Texas) 2021.
    - United States of America v. Daniel Capehart [Case No: 18-CR-2426-WJ], District of New Mexico (Albuquerque, New Mexico) 2021.
    - United States of America v. Mary Gonzales [Case No: 19-CR-0240-KWR], District of New Mexico (Albuquerque, New Mexico) 2021.

# PROFESSIONAL EXPERIENCE

DRUG ENFORCEMENT ADMINISTRATION

*Supervisory Chemist, North Central Laboratory (Chicago, Illinois) 2023 – Present*

- Responsibilities include:
    - Direct supervision of 12 forensic chemists that have various levels of degrees and professional experience
    - Serve as a Subject Matter Expert to forensic chemists, as well as law enforcement personnel
    - Serve as a policy adviser to forensic chemists and management
    - Assist law enforcement with evidence submissions and rush analysis requests
    - Assist with disclosure requests and any additional court-related needs
    - Testify in court with regard to previously performed analyses

*Training*

- Leadership Training (Arlington, Virginia) 2024
- Meeting Design and Facilitation (Virtual) 2023
- Group Supervisor Training (Virtual) 2023
- Leadership Training (Arlington, Virginia) 2023
- SF New Supervisor Training (Virtual) 2023



**GOVERNMENT EXHIBIT**

14b

*Senior Forensic Chemist, South Central Laboratory (Dallas, Texas) 2017 - 2023*

- Responsibilities include:
  - Analyze evidence
  - Write reports based upon findings
  - Testify in court with regard to the analyses performed on the evidence
  - Assist law enforcement in the seizure of clandestine laboratories
- Total number of exhibits analyzed: more than 800.

*Training*

- ISO 17034: General Requirements for the Competence of Reference Material Producers (Virtual) 2021
- Chemist Interview Panelist Training (Virtual) 2021
- Advanced Chemistry Development, Inc. (ACD/Labs): Structure Elucidator Suite (SES) (Virtual) 2021
- Agilent: Practical Strategies for GC Troubleshooting (Virtual) 2020
- Agilent: Simple Strategies for GC/MS Success (Virtual) 2020
- Agilent: Targeted and Untargeted Forensic Screening Methods by Gas Chromatography-Mass Spectrometry (Virtual) 2020
- Agilent: How to Combat the Helium Shortage: Making the Switch from Helium to Hydrogen or Nitrogen Carrier Gas (Virtual) 2020
- JEOL USA: Core Principles of Precise qNMR – Common Pitfalls and Solutions (Virtual) 2020
- Agilent: GC-MS Maintenance and Troubleshooting Course (Alpharetta, Georgia) 2019
- Advanced Site Safety (Quantico, Virginia) 2019
- Clandestine Laboratory Level A (Valencia, California) 2018
- Basic Clan Lab (BASIC) (Quantico, Virginia) 2018
- DEA Academy for Forensic Chemists (Quantico, Virginia) 2017

Florida International University

*Adjunct Professor, Department of Chemistry and Biochemistry (Miami, Florida) 2020 - 2023*

- Taught a fully-online course titled General Chemistry I & II and General Chemistry I & II Lab.
- Responsibilities: created weekly lectures; developed and administered quizzes and exams; graded homework, quizzes, exams, lab reports, and presentations; assisted students with class related questions

Nova Southeastern University

*Laboratory Instrumentation Specialist, Halmos College of Natural Sciences and Oceanography (Fort Lauderdale, Florida) 2015 - 2017*

- Responsibilities: managed, maintained, and operated various scientific instruments and equipment that were frequently used for research and/or teaching labs.  Examples of such instruments/equipment included, but were not limited to: Bruker Nuclear Magnetic Resonance (NMR); Shimadzu Ultra High-Performance Liquid Chromatograph coupled to a Photodiode Array Detector (UHPLC-PDA); Shimadzu Gas Chromatograph-Mass Spectrometer (GC-MS); Shimadzu Atomic Absorption Spectrometer (AAS); Shimadzu Fourier Transform Infrared Spectrophotometer (FTIR)

*Adjunct Professor, Halmos College of Natural Sciences and Oceanography (Fort Lauderdale, Florida) 2014-2016*

- Taught the lecture and laboratory component of General Chemistry I
- Responsibilities: lectured weekly; developed, administered & graded quizzes & exams; assisted students with class related questions; graded assignments & written reports

Florida International University

*Adjunct Professor, Department of Criminal Justice (Miami, Florida) 2014-2018*
- Taught a fully-online class titled The Courts and Forensic Science
- Responsibilities: created weekly lectures; developed, administered and graded quizzes and exams; assisted students with class related questions; graded assignments

Miami-Dade College, North Campus

*Adjunct Professor, Chemistry, Physics, and Earth Sciences (Miami, Florida) 2014-2015*
- Taught the lecture and/or laboratory component of General Chemistry and Qualitative Analysis, Introductory Chemistry, and Energy in the Natural Environment
- Responsibilities: provided weekly lectures; developed, administered and graded quizzes and exams; assisted students with class related questions; graded assignments and written reports

Florida International University

*Teaching Assistant, Department of Chemistry and Biochemistry, (Miami, Florida) 2013-2014*
- Taught two weekly sections for the laboratory component of Introduction into Analytical Chemistry
- Responsibilities: provided weekly lectures on the assigned experiment; assisted students with class related questions; administered quizzes; graded written lab reports; proctored exams

## EDUCATION AND CERTIFICATIONS

Florida International University, Miami, Florida
- Ph.D. in Chemistry with an Emphasis in Forensic Science, 2014
- B.Sc. in Chemistry with a Dual Minor in Criminal Justice and Psychology, 2008

*Certification(s)*
- Forensic Science, Florida International University (Miami, Florida), 2008.

## PROFESSIONAL AFFILIATIONS

- American Academy of Forensic Sciences (AAFS), Student Affiliate Member, 2011-2016

## PRESENTATIONS AND LECTURES

- N.I. Caraballo, DEA Perspective: What's On the Street (Role: Presenter).
  - 2018 American College of Medical Toxicology (ACMT) Seminar in Forensic Toxicology, Dallas, TX, 2018.
- K.G. Furton, N.I. Caraballo, L. Colon, A. Huertas, M. Cerreta, R. Mesa and A. Kabir, Development of New Extraction and Analysis Methods for the Rapid Detection of Characteristic Chemicals from Humans and Contraband Materials (Role: Co-Author).
  - The Pittsburgh Conference on Analytical Chemistry and Applied Spectroscopy (PITTCON), Chicago, IL, 2014.
- N.I. Caraballo and K.G. Furton, Scent of the Living and the Dead: Its Application in Criminal Investigations (Role: Invited Speaker).
  - Contemporary Methods of Forensic Anthropology and Crime Scene Investigation, Broward Sheriff's Office, Fort Lauderdale, Florida, 2013.
- N.I. Caraballo and K.G. Furton, An Investigation into the Volatile Organic Compounds Released From Submerged Remains (Role: Invited Presenter).

- o    Florida Statewide Graduate Student Research Symposium, University of South Florida, Tampa, Florida, 2013.
- N.I. Caraballo and K.G. Furton, An Investigation into the Volatile Organic Compounds Released From Submerged Remains (Role: Presenter).
  - o    Graduate and Professional Student Committee (GPSC) Scholarly Forum, Florida International University, Miami, Florida, 2013.
- N.I. Caraballo and K.G. Furton, Submerged Remains: A Study on the Scent of Death (Role: Presenter).
  - o    2nd Annual International Forensic Research Institute (IFRI) Symposium, Florida International University, Miami, Florida, 2013.
- N.I. Caraballo and K.G. Furton, An Investigation Into the Volatile Organic Compounds Released From Submerged Remains.
  - o    65th Annual Scientific Meeting of the Academy of Forensic Sciences (AAFS), Washington, D.C., 2013.
- L.J. Colon-Crespo, J.S. Brown, N.I. Caraballo, K.G. Furton, Advances in the Forensic Use of Human Scent (Role: Co-Author).
  - o    65th Annual Scientific Meeting of the Academy of Forensic Sciences (AAFS), Washington, D.C., 2013.
- K.G. Furton, J.S. Brown, K. Beltz, N.I. Caraballo, and L. DeGreeff, Optimization of Canine Human Scent Detection and Improving Canine Performance and Consistency by Employing Field Calibrants (Role: Co-Author).
  - o    Canine Science and Technology Forum, London, UK, 2012.
- N.I. Caraballo and K.G. Furton, Method Optimization for the Detection of Volatile Organic Compounds from Decomposing Remains (Role: Presenter).
  - o    The Pittsburgh Conference on Analytical Chemistry and Applied Spectroscopy (PITTCON), Orlando, Florida, 2012.
- K.G. Furton, N.I. Caraballo, J.S. Brown, and L. DeGreeff, Advances in the Field and Laboratory Detection of Human Remains (Role: Co-Author).
  - o    The Pittsburgh Conference on Analytical Chemistry and Applied Spectroscopy (PITTCON), Orlando, Florida, 2012.
- N.I. Caraballo and K.G. Furton, Method Optimization for the Detection of Volatile Organic Compounds from Decomposing Remains (Role: Presenter).
  - o    1st Annual International Forensic Research Institute (IFRI) Symposium, Miami, Florida, 2012.
- N.I. Caraballo and K.G. Furton, Frozen-Thawed vs. Freshly Killed: A Comparison of the Volatile Organic Compounds Detected from Decomposing Remains (Role: Presenter).
  - o    Graduate and Professional Student Committee (GPSC) Scholarly Forum, Florida International University, Miami, Florida, 2012.
- N.I. Caraballo and K.G. Furton, Frozen-Thawed vs. Freshly Killed: A Comparison of the Volatile Organic Compounds Detected from Decomposing Remains (Role: Presenter).
  - o    64th Annual Scientific Meeting of the Academy of Forensic Sciences (AAFS), Atlanta, Georgia, 2012.
- N.I. Caraballo, H.K. Holness, D.K. Mills and K.G. Furton, Evaluation of the Scent Transfer Unit™ (STU-100) for the Collection of Human Odor from Porous Objects (Role: Presenter).
  - o    Graduate and Professional Student Committee (GPSC) Scholarly Forum, Florida International University, Miami, Florida, 2011.
- N.I. Caraballo, H.K. Holness, D.K. Mills and K.G. Furton, Evaluation of the Scent Transfer Unit™ (STU-100) for the Collection of Human Odor from Porous Objects (Role: Presenter).
  - o    63rd Annual Scientific Meeting of the Academy of Forensic Sciences (AAFS), Chicago, Illinois, 2011.
- N.I. Caraballo, H.K. Holness, D.K. Mills and K.G. Furton, A Preliminary Evaluation For the Utilization of the Scent Transfer Unit (STU-100) for the Collection of Human Odor from Porous and Non-Porous Objects (Role: Presenter).

- o  86th ACS Florida Annual Meeting and Exposition (FAME), Innisbrook, Florida, 2010.
- N.I. Caraballo, K. John-Williams, D.K. Mills and K.G. Furton, The Use of Volatile Organic Compounds (VOCs) for Estimating the Post-Mortem Interval (PMI) in Decomposing Animal Remains (Role: Presenter).
  - o  61st Annual Scientific Meeting of the American Academy of Forensic Sciences (AAFS), Young Forensic Scientist Forum, Denver, Colorado, 2009.
- P.A. Prada, A.M. Curran, K.G. Furton, and N.I. Caraballo, The Evaluation of Human Hand Odor Volatiles on Various Fiber Chemistries: A Comparison Between Contact and Non-Contact Sampling Methodologies (Role: Co-Author).
  - o  61st Annual Scientific Meeting of the American Academy of Forensic Sciences (AAFS), Denver, Colorado, February 17-22, 2009.

## PUBLICATIONS

- N.I. Caraballo, J. Mendel, H. Holness, J. La Salvia, T. Moroose, B. Eckenrode, R. Stockham, K.G. Furton, D. Mills. An Investigation into the Concurrent Collection of Human Scent and Epithelial Skin Cells using a Non-Contact Sampling Device. Forensic Science International, 266 (2016): 148-159.
- K.G. Furton, N.I. Caraballo, M.M. Cerreta, H.K. Holness. Advances in the use of odour as forensic evidence through optimizing and standardizing instruments and canines. Philosophical Transactions of the Royal Society B, 370 (2015).

## DISTINCTIONS

- DEA Performance Award: FY2023.
- DEA On-the-Spot Award: CY2023, CY2019, and CY2018.
- Interviewed by D. Garrison for "Research Resources" in Evidence Technology Magazine issue September-October 2014 (www.evidencemagazine.com).
- 1st Place Winner in the Forensics and Crime Oral Presentation Session at the Graduate and Professional Student Committee (GPSC) Scholarly Forum held at Florida International University, Miami, Florida, 2013.
- Forensic Sciences Foundation (FSF) Student Travel Grant Award for the American Academy of Forensic Sciences (AAFS) 65th Annual Scientific Meeting, 2013.
- Forensic Sciences Foundation (FSF) Student Scholarship Award for the American Academy of Forensic Sciences (AAFS) 64th Annual Scientific Meeting, 2012.
- 1st Place Winner in the Forensics and Crime Poster Session at the Graduate and Professional Student Committee (GPSC) Scholarly Forum held at Florida International University, Miami, Florida, 2011.

# Case Details Report

**» I.A. Case #:  REDACTED / LIMS Case #:  2022-SFL6-07702**

**Investigating Agency:  Albuquerque District Office**

**# of I.A. Exhibits: 1**                    **# of Lab Exhibits: 2**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | 1 clear knotted plastic bag containing approximately 973 blue round tablets. | SSEE (2162388) |

| **Gross Weight** | Analyst: NCARABALLO (2022.11.01) |
|---|---|
| **Equipment : DEA 361133** | |
| Gross Weight (Reported) | 160.9 g |
| Gross Weight (Actual) | 161.5 g |
| Gross Weight (delta) | 0.6 g |
| Gross Weight (delta %) | 0.37 % |
| Weight Discrepancy | No |
| Remarks | No Remarks |

| **Description of Evidence** | Analyst: NCARABALLO (2022.11.03) |
|---|---|
| Seals | Intact |
| Date Opened | 2022-11-01 |
| Description | Intact DEA self-sealing evidence envelope (SSEE) and within the SSEE is 1 sealed SSEE containing 1 clear knotted plastic bag further containing approximately 973 blue round tablets etched on one side of the tablet is the letter "M" encased within a box and the other side of the tablet is scored once in the middle with " 30 " etched on one side of the " | ". |
| | Note: the number of tablets determined using Unit Count Extrapolation (see NW test). |
| Consistent With Paperwork? | Yes |
| Remarks | No Remarks |

| **Net Weight** | Analyst: NCARABALLO (2022.11.01) |
|---|---|
| **Equipment : DEA 361226, DEA 361260, DEA 361277** | |
| Residue | No |
| Type of Weighing | Unit Count Extrapolation |
| Net Weight | 101.3 g |
| Net Weight Uncertainty | 0.1 g |
| Total Unit Count | 973 |
| Average Net Weight per Unit | 0.10412 g |
| Remarks | Original packaging used to obtain the net weight. |
| Use Legacy Calculator | No |

GOVERNMENT
EXHIBIT

14c

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | 1 clear knotted plastic bag containing approximately 973 blue round tablets. | SSEE (2162388) |

| **Description of Exhibit and Sampling** | Analyst: NCARABALLO (2022.11.03) |
|---|---|
| Number of Packages | 1 unit |
| Number of Units | 973 unit |
| Package Type | Plastic Bag |
| Logo/Impression | No |
| Gross Form | Tablet |
| Top Logo | M |
| Bottom Logo | 30 |
| Tablet Shape | Round |
| Tablet Color | Blue |
| Dry/Moist | Dry |
| Exemplar | No |
| Number of Units Tested | 9 unit |
| Sampling Procedure | 2 portions were taken from 9 randomly (lottery method A) selected units from the 973 units received and each portion was screened using GC-MS analysis and the Immunoassay Test.<br><br>Same 9 tablets were used for Unit Count Extrapolation in the NW test.<br><br>Composite formed by combining the remaining powder from the 9 units screened with 6 units that were randomly (Lottery Method A) selected from the remaining unanalyzed units; they were ground, sieved using a 60-mesh, and mixed.<br><br>Portions taken for quantitative analysis. |
| Deviation from Sampling Plan | No |
| Remarks | No Remarks |

| **GC-MS Analysis : Run # 1 - Set # 1 NIC B**<br>**Equipment :  DEA 361430** | Analyst: NCARABALLO (2022.11.03) |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | Dichloromethane filtered through a cotton plugged pipette. |
| Remarks | Blank checked.  No controlled substances or conflicting peaks. |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | 1 clear knotted plastic bag containing approximately 973 blue round tablets. | SSEE (2162388) |

**GC-MS Analysis : Run # 1 - Set # 2 NIC U 1**
**Equipment : DEA 361430**

Analyst: NCARABALLO (2022.11.03)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Dichloromethane filtered through a cotton plugged pipette. |
| Retention Time Matching | No |
| Remarks | All peaks checked. |
| | Possible N-phenylpropanamide and despropionyl fentanyl, manufacturing by-product of fentanyl; not further pursued. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 min of positive control. |
| Acetaminophen | Retention time within 0.1 min of positive control. |
| Inconclusive | Aminopyrine/Dipyrone indicated at approximate RT of 2.6 and 2.9 minutes, insufficient data for ID; not further pursued per GS. |
| 4-Anilino-N-phenethylpiperidine (ANPP) | Possible. Precursor/manufacturing by-product; not further pursued. |
| N-1-Diphenethyl-N-phenylpiperidin-4-amine (Phenethyl 4-ANPP), Salt Undetermined | Possible. Precursor/manufacturing by-product; not further pursued. |

**GC-MS Analysis : Run # 1 - Set # 3 NIC U 2**
**Equipment : DEA 361430**

Analyst: NCARABALLO (2022.11.03)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Dichloromethane filtered through a cotton plugged pipette. |
| Retention Time Matching | No |
| Remarks | All peaks checked. |
| | Possible N-phenylpropanamide and despropionyl fentanyl, manufacturing by-product of fentanyl; not further pursued. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 min of positive control. |
| Acetaminophen | Retention time within 0.1 min of positive control. |
| Inconclusive | Aminopyrine/Dipyrone indicated at approximate RT of 2.6 and 2.9 minutes, insufficient data for ID; not further pursued per GS. |
| 4-Anilino-N-phenethylpiperidine (ANPP) | Possible. Precursor/manufacturing by-product; not further pursued. |
| N-1-Diphenethyl-N-phenylpiperidin-4-amine (Phenethyl 4-ANPP), Salt Undetermined | Possible. Precursor/manufacturing by-product; not further pursued. |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | 1 clear knotted plastic bag containing approximately 973 blue round tablets. | SSEE (2162388) |

**GC-MS Analysis : Run # 1 - Set # 4 NIC U 3**
Analyst: NCARABALLO (2022.11.03)
**Equipment : DEA 361430**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Dichloromethane filtered through a cotton plugged pipette. |
| Retention Time Matching | No |
| Remarks | All peaks checked. |
| | Possible N-phenylpropanamide and despropionyl fentanyl, manufacturing by-product of fentanyl; not further pursued. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 min of positive control. |
| Acetaminophen | Retention time within 0.1 min of positive control. |
| | Additional ions attributed to possible column excipients and/or by-product which does not interfere with identification. |
| Inconclusive | Aminopyrine/Dipyrone indicated at approximate RT of 2.6 and 2.9 minutes, insufficient data for ID; not further pursued per GS. |
| 4-Anilino-N-phenethylpiperidine (ANPP) | Possible. Precursor/manufacturing by-product; not further pursued. |
| N-1-Diphenethyl-N-phenylpiperidin-4-amine (Phenethyl 4-ANPP), Salt Undetermined | Possible. Precursor/manufacturing by-product; not further pursued. |

**GC-MS Analysis : Run # 1 - Set # 5 NIC U 4**
Analyst: NCARABALLO (2022.11.03)
**Equipment : DEA 361430**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Dichloromethane filtered through a cotton plugged pipette. |
| Retention Time Matching | No |
| Remarks | All peaks checked. |
| | Possible N-phenylpropanamide and despropionyl fentanyl, manufacturing by-product of fentanyl; not further pursued. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 min of positive control. |
| Acetaminophen | Retention time within 0.1 min of positive control. |
| | Additional ions attributed to possible column excipients and/or by-product which does not interfere with identification. |
| Inconclusive | Aminopyrine/Dipyrone indicated at approximate RT of 2.6 and 2.9 minutes, insufficient data for ID; not further pursued per GS. |
| 4-Anilino-N-phenethylpiperidine (ANPP) | Possible. Precursor/manufacturing by-product; not further pursued. |
| N-1-Diphenethyl-N-phenylpiperidin-4-amine (Phenethyl 4-ANPP), Salt Undetermined | Possible. Precursor/manufacturing by-product; not further pursued. |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | 1 clear knotted plastic bag containing approximately 973 blue round tablets. | SSEE (2162388) |

**GC-MS Analysis : Run # 1 - Set # 6 NIC U 5**   Analyst: NCARABALLO (2022.11.03)
**Equipment :  DEA 361430**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Dichloromethane filtered through a cotton plugged pipette. |
| Retention Time Matching | No |
| Remarks | All peaks checked.<br><br>Possible N-phenylpropanamide and despropionyl fentanyl, manufacturing by-product of fentanyl; not further pursued. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 min of positive control. |
| Acetaminophen | Retention time within 0.1 min of positive control. |
| Inconclusive | Aminopyrine/Dipyrone indicated at approximate RT of 2.6 and 2.9 minutes, insufficient data for ID; not further pursued per GS. |
| 4-Anilino-N-phenethylpiperidine (ANPP) | Possible. Precursor/manufacturing by-product; not further pursued. |
| N-1-Diphenethyl-N-phenylpiperidin-4-amine (Phenethyl 4-ANPP), Salt Undetermined | Possible. Precursor/manufacturing by-product; not further pursued. |

**GC-MS Analysis : Run # 1 - Set # 7 NIC U 6**   Analyst: NCARABALLO (2022.11.03)
**Equipment :  DEA 361430**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Dichloromethane filtered through a cotton plugged pipette. |
| Retention Time Matching | No |
| Remarks | All peaks checked.<br><br>Possible N-phenylpropanamide and despropionyl fentanyl, manufacturing by-product of fentanyl; not further pursued. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 min of positive control. |
| Acetaminophen | Retention time within 0.1 min of positive control.<br><br>Additional ions attributed to possible column excipients and/or by-product which does not interfere with identification. |
| Inconclusive | Aminopyrine/Dipyrone indicated at approximate RT of 2.6 and 2.9 minutes, insufficient data for ID; not further pursued per GS. |
| 4-Anilino-N-phenethylpiperidine (ANPP) | Possible. Precursor/manufacturing by-product; not further pursued. |
| N-1-Diphenethyl-N-phenylpiperidin-4-amine (Phenethyl 4-ANPP), Salt Undetermined | Possible. Precursor/manufacturing by-product; not further pursued. |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|-----------|----------|------------------------|-----------|
| 2 | 2 | 1 clear knotted plastic bag containing approximately 973 blue round tablets. | SSEE (2162388) |

### GC-MS Analysis : Run # 1 - Set # 8 NIC U 7
**Equipment :  DEA 361430**

Analyst: NCARABALLO (2022.11.03)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Dichloromethane filtered through a cotton plugged pipette. |
| Retention Time Matching | No |
| Remarks | All peaks checked. |

Possible N-phenylpropanamide and despropionyl fentanyl, manufacturing by-product of fentanyl; not further pursued.

#### Spectral Result

| Constituent | Comments |
|-------------|----------|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 min of positive control. |
| Acetaminophen | Retention time within 0.1 min of positive control. |
| Inconclusive | Aminopyrine/Dipyrone indicated at approximate RT of 2.6 and 2.9 minutes, insufficient data for ID; not further pursued per GS. |
| 4-Anilino-N-phenethylpiperidine (ANPP) | Possible. Precursor/manufacturing by-product; not further pursued. |
| N-1-Diphenethyl-N-phenylpiperidin-4-amine (Phenethyl 4-ANPP), Salt Undetermined | Possible. Precursor/manufacturing by-product; not further pursued. |

### GC-MS Analysis : Run # 1 - Set # 9 NIC U 8
**Equipment :  DEA 361430**

Analyst: NCARABALLO (2022.11.03)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Dichloromethane filtered through a cotton plugged pipette. |
| Retention Time Matching | No |
| Remarks | All peaks checked. |

Possible N-phenylpropanamide and despropionyl fentanyl, manufacturing by-product of fentanyl; not further pursued.

#### Spectral Result

| Constituent | Comments |
|-------------|----------|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 min of positive control. |
| Acetaminophen | Retention time within 0.1 min of positive control. |
| Inconclusive | Aminopyrine/Dipyrone indicated at approximate RT of 2.6 and 2.9 minutes, insufficient data for ID; not further pursued per GS. |
| 4-Anilino-N-phenethylpiperidine (ANPP) | Possible. Precursor/manufacturing by-product; not further pursued. |
| N-1-Diphenethyl-N-phenylpiperidin-4-amine (Phenethyl 4-ANPP), Salt Undetermined | Possible. Precursor/manufacturing by-product; not further pursued. |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | 1 clear knotted plastic bag containing approximately 973 blue round tablets. | SSEE (2162388) |

**GC-MS Analysis : Run # 1 - Set # 10 NIC U 9**
**Equipment :  DEA 361430**

Analyst: NCARABALLO (2022.11.03)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Dichloromethane filtered through a cotton plugged pipette. |
| Retention Time Matching | No |
| Remarks | All peaks checked. |
| | Possible N-phenylpropanamide and despropionyl fentanyl, manufacturing by-product of fentanyl; not further pursued. |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | Retention time within 0.1 min of positive control. |
| Acetaminophen | Retention time within 0.1 min of positive control. |
| Inconclusive | Aminopyrine/Dipyrone indicated at approximate RT of 2.6 and 2.9 minutes, insufficient data for ID; not further pursued per GS. |
| 4-Anilino-N-phenethylpiperidine (ANPP) | Possible. Precursor/manufacturing by-product; not further pursued. |
| N-1-Diphenethyl-N-phenylpiperidin-4-amine (Phenethyl 4-ANPP), Salt Undetermined | Possible. Precursor/manufacturing by-product; not further pursued. |

**GC-MS Analysis : Run # 1 - Set # 11 Standard, Tablet RT Match Mix**
**Equipment :  DEA 361430**

Analyst: NCARABALLO (2022.11.03)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | Basified with Sodium Carbonate and extracted into 9:1 Chloroform:Methanol.  Filtered through a cotton plugged pipette. |
| Retention Time Matching | No |
| Remarks | No Remarks |

**Spectral Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | --- |
| Acetaminophen | --- |
| Methamphetamine, Isomer & Salt Undetermined | For reference only. |
| Xylazine | For reference only. |
| Caffeine | For reference only. |
| Dimethyl Sulfone | For reference only. |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|-----------|----------|------------------------|-----------|
| 2 | 2 | 1 clear knotted plastic bag containing approximately 973 blue round tablets. | SSEE (2162388) |

**Immunoassay Test : Run # 1 - Set # 1 Positive Control**                                        Analyst: NCARABALLO (2022.11.01)

| | |
|---|---|
| Negative Control Run | No |
| Immunoassay Type | Fentanyl Immunoassay Test Strips |
| Lot Number | B2104008 |
| Applicable Units | 1 of 1 |
| Result | Positive |
| Remarks | Fentanyl (Bottle 1) LOT# ALB-297-3 in DI water. |

**Immunoassay Test : Run # 1 - Set # 2 NIC B**                                        Analyst: NCARABALLO (2022.11.01)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Result | Pass |
| Immunoassay Type | Fentanyl Immunoassay Test Strips |
| Lot Number | B2104008 |
| Remarks | No Remarks |

**Immunoassay Test : Run # 1 - Set # 3 NIC U1-U9**                                        Analyst: NCARABALLO (2022.11.01)

| | |
|---|---|
| Negative Control Run | No |
| Immunoassay Type | Fentanyl Immunoassay Test Strips |
| Lot Number | B2104008 |
| Applicable Units | 1-9 |
| Result | Positive |
| Remarks | No Remarks |

**Quantitation : Run # 1 - Set # 1 NIC Calibrant**                                        Analyst: NCARABALLO (2022.11.03)
**Equipment :  DEA 1003286, DEA 361236**

| | |
|---|---|
| Type | Standard |
| Method | DEA 127 / Gas Chromatography |
| Dilution Technique | N/A |
| Sample Amount (Instrument) | 0.788 mg |
| Dilution Factor | 1 mL |
| Remarks | No Remarks |

**Quantitation**

| Constituent | RT | Area | Height | Width | Purity |
|-------------|-----|------|--------|-------|--------|
| Tetracosane | 1.745 | 196.2697 | 214.7805 | 0.015 | 50.761 |
| Fentanyl | 3.051 | 294.9968 | 283.5634 | 0.016 | 100.000 |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | 1 clear knotted plastic bag containing approximately 973 blue round tablets. | SSEE (2162388) |

**Quantitation : Run # 1 - Set # 2 NIC QCL**
**Equipment : DEA 1003286, DEA 361236**

Analyst: NCARABALLO (2022.11.03)

| Type | Check |
|---|---|
| Method | DEA 127 / Gas Chromatography |
| Dilution Technique | N/A |
| Sample Amount (Instrument) | 0.261 mg |
| Dilution Factor | 1 mL |
| Remarks | No Remarks |

**Quantitation**

| Constituent | RT | Area | Height | Width | Purity |
|---|---|---|---|---|---|
| Tetracosane | 1.745 | 195.7596 | 217.2077 | 0.015 | 153.257 |
| Fentanyl | 3.044 | 98.2740 | 96.2238 | 0.016 | 100.841 |

**Quantitation : Run # 1 - Set # 3 NIC B**
**Equipment : DEA 1003286, DEA 361236**

Analyst: NCARABALLO (2022.11.03)

| Type | Blank |
|---|---|
| Method | DEA 127 / Gas Chromatography |
| Remarks | No Remarks |

**Quantitation**

| Constituent | RT | Area | Height | Width | Purity |
|---|---|---|---|---|---|
| Fentanyl | 0.000 | 0.0000 | 0.0000 | 0.000 | 0.000 |
| Tetracosane | 1.744 | 191.3291 | 214.5318 | 0.014 | 0.400 |

**Quantitation : Run # 1 - Set # 4 NIC Comp**
**Equipment : DEA 1003286, DEA 361236**

Analyst: NCARABALLO (2022.11.03)

| Type | Sample |
|---|---|
| Method | DEA 127 / Gas Chromatography |
| Dilution Technique | Volumetric |
| Sample Prep - Sample Weight (LabX) | 352.88 mg |
| Sample Amount (Instrument) | 352.88 mg |
| Sample Prep - Initial Volume | 10 mL |
| Sample Prep - Volume Transferred | 1 mL |
| Sample Prep - Final Volume | 1 mL |
| Sample Prep - Dilution Factor | 10 mL |
| Dilution Factor | 10 mL |
| Remarks | No Remarks |

**Quantitation**

| Constituent | RT | Area | Height | Width | Purity |
|---|---|---|---|---|---|
| Tetracosane | 1.746 | 190.6144 | 208.0956 | 0.015 | 0.113 |
| Tetracosane | 1.746 | 189.6244 | 204.6204 | 0.015 | 0.113 |
| Fentanyl | 3.051 | 289.2764 | 284.2311 | 0.016 | 2.266 |
| Fentanyl | 3.052 | 290.9450 | 277.6576 | 0.016 | 2.268 |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | 1 clear knotted plastic bag containing approximately 973 blue round tablets. | SSEE (2162388) |

### Quantitation : Run # 1 - Set # 5 NIC QCH
### Equipment :  DEA 1003286, DEA 361236
Analyst: NCARABALLO (2022.11.03)

| Type | Check |
|---|---|
| Method | DEA 127 / Gas Chromatography |
| Dilution Technique | N/A |
| Sample Amount (Instrument) | 1.3346 mg |
| Dilution Factor | 1 mL |
| Remarks | No Remarks |

### Quantitation

| Constituent | RT | Area | Height | Width | Purity |
|---|---|---|---|---|---|
| Tetracosane | 1.745 | 196.0123 | 219.2576 | 0.014 | 29.972 |
| Fentanyl | 3.054 | 497.6018 | 458.0326 | 0.017 | 99.726 |

### Exemplar Weight Removed
Analyst: NCARABALLO (2022.11.01)

| Amount of Exemplar Removed | 5.122 g |
|---|---|
| Remarks | No Remarks |

### Reserve Weight
### Equipment :  DEA 361260
Analyst: NCARABALLO (2022.11.03)

| Residue? | No |
|---|---|
| Type of Calculation | Calculate Dosage Unit |
| Reserve Package Plus Drug Weight | 102.4 g |
| Reserve Package Weight | 7.25 g |
| Reserve Weight | 95.15 g |
| Reserve Dosage Units | 913.8 unit |
| Remarks | Using 1 new clear ziplock plastic bag for each unit and/or portion (see Description of Reserve Evidence). Empty and Full bags weighed simultaneously. |

### Description of Reserve Evidence
Analyst: NCARABALLO (2022.11.03)

| Description | The composited blue powder was placed into 1 new clear ziplock plastic bag.  All of the unanalyzed units were placed into 1 new clear ziplock plastic bag. The 2 ziplock plastic bags were placed into 1 new clear ziplock plastic bag and heat sealed. Original packaging placed into 1 new clear ziplock plastic bag and heat sealed. The 2 ziplock plastic bags were subsequently repackaged back into the original inner SSEE and heat sealed. The inner SSEE was repackaged back into the outer SSEE and heat sealed. |
|---|---|
| Date Sealed | 2022-11-03 |
| Remarks | No Remarks |

### Gross Weight After Analysis
### Equipment :  DEA 361133
Analyst: NCARABALLO (2022.11.03)

| Gross Weight After Analysis | 174.2 g |
|---|---|
| Remarks | No Remarks |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | 1 clear knotted plastic bag containing approximately 973 blue round tablets. | SSEE (2162388) |

**Summary of Findings**                                    Analyst: NCARABALLO (2022.11.03)

**Findings**

| Exhibit | Gross Wt | Net Wt (Reported) | Net Wt | Reserve Wt | Retained Wt |
|---|---|---|---|---|---|
| 2 | 161.5 g | 101.3 g ± 0.1 g | 101.385 g ± 0.12579 g | 95.1 g | |

| Constituent | Purity | APD (Reported) | APD |
|---|---|---|---|
| N-Phenyl-N-[1-(2-phenylethyl) -4-piperidinyl]propanamide (Fentanyl) (calc. as Hydrochloride) | 2.2% ± 0.6% | 2.2 g ± 0.6 g | 2.2286 g ± 0.55793 g |
| Acetaminophen | | | |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 2 | 2 | 1 clear glass vial containing 50 blue round tablets. | SSEE (2193151) |

**Other SP Sample Weight**
**Equipment : DEA 361277**

Analyst: NCARABALLO (2022.11.01)

| | |
|---|---|
| Number of Samples | 1 |
| Other SP Total Sample Weight | 5.122 g |
| Other SP Average Sample Weight | 5.122 g |
| Remarks | Using 1 new clear glass vial. |

**Description of Reserve Evidence**

Analyst: NCARABALLO (2022.11.01)

| | |
|---|---|
| Description | 50 blue round tablets placed into 1 new clear glass vial which was placed into 1 new clear ziplock plastic bag which was subsequently placed into 1 new clear ziplock plastic bag. The ziplock plastic bag was placed into 1 new DEA SSEE and sealed. |
| Date Sealed | 2022-11-01 |
| Remarks | No Remarks |

**Gross Weight - SP/LP**
**Equipment : DEA 361133**

Analyst: NCARABALLO (2022.11.01)

| | |
|---|---|
| Gross Weight | 56.2 g |
| Remarks | No Remarks |