**U.S. Department of Justice**
**Drug Enforcement Administration**

South Central Laboratory
Dallas, TX

## Chemical Analysis Report

Albuquerque District Office
2660 Fritts Crossing SE
Albuquerque, NM 87106

**Case Number:** REDACTED
**LIMS Number:** 2023-SFL6-02756

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 401 | Cocaine Hydrochloride | 500.5 g ± 0.2 g | 88% ± 6% | 440.4 g ± 29.4 g |

**Remarks:**

The net weight represents the weight of all material, excluding the packaging.

The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 03/30/2023      **Gross Weight:** 546.8 g      **Date Received by Examiner:** 04/05/2023

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 401 | 1 | Ziplock Plastic Bag | Powder | 498.5 g |

**Remarks:**
Original packaging separated for latent print examination.

### Exhibit Analysis:

**Sampling:**

A composite was formed from 1 unit for testing of 1 unit received. Cocaine identified in the composite. Salt form determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 401 | Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---|---|
| 401 | DEA101L / Gas Chromatography |

**GOVERNMENT EXHIBIT**

21a

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Carissa A. Stark-Hopenwasser, Senior Forensic Chemist          **Date:** 04/21/2023
**Approved By:** /S/ Lansi S. Chu, Senior Forensic Chemist          **Date:** 04/25/2023

**Chemical Analysis Report**

Albuquerque District Office
2660 Fritts Crossing SE
Albuquerque, NM 87106

**Case Number:** REDACTED
**LIMS Number:** 2023-SFL6-02756

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA) and was so employed when I conducted the examinations and analyses of the above referenced LIMS number. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described above, are based on my knowledge, skill, experience, training, and education. See my Curriculum Vitae (which will be provided prior to the close of expert discovery) for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years. The opinions described are based on the listed chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the laboratory report and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced LIMS number. Refer to this laboratory report associated with the subject LIMS number. The analytical methods used in these analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596. This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer. In addition, I may offer opinions in response to questions posed during trial. Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I, the analyst, approve the foregoing disclosure, and reserve the right to amend as necessary to comply with Rule 16's obligations.

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Carissa A. Stark-Hopenwasser, Senior Forensic Chemist          **Date:** 04/21/2023
**Approved By:** /S/ Lansi S. Chu, Senior Forensic Chemist          **Date:** 04/25/2023



Carissa Stark, B.S., M.S.
Department of Justice
Drug Enforcement Administration
Office of Forensic Science

Senior Forensic Chemist
South Central Laboratory
Dallas, Texas

# AREA OF EXPERTISE

**Forensic Discipline**

Seized Drug Analysis

**Expert Testimony**

Testified approximately 50 times. Past four years as follows:

| | | | |
|---|---|---|---|
| 04/29/2019 | Northern District of Alabama | Birmingham, AL | US v Cotchery |
| 05/20/2019 | Southern District of Texas | Corpus Christi, TX | US v Roman Valdez |
| 08/19/2019 | Middle District of Alabama | Montgomery, AL | US v Cyrus Phyfier |
| 04/27/2021 | Northern District of Texas | Amarillo, TX | US v Jeffrey Lopez |
| 09/27/2021 | Western District of Texas | El Paso, TX | US v Filiberto Munoz |
| 02/15/2022 | Jefferson Davis County | Prentiss, MS | State of MS v Eric Jones |

# PROFESSIONAL EXPERIENCE

**Drug Enforcement Administration**

*Senior Forensic Chemist, South Central Laboratory (Dallas, TX), ~ November 2015 - Present*
*Forensic Chemist, South Central Laboratory (Dallas, TX), ~ May 2005 - Present*

- Perform analysis on submitted evidence to determine the presence or absence of controlled substances through the use of accepted instruments and techniques.
- Respond to federal law enforcement for clandestine laboratory sampling.
- Provide court testimony.
- Assist law enforcement agents.
- Analyzed more than 1000 exhibits.

*Training*

Clandestine Laboratory Recertification Training by Drug Enforcement Administration South Central Laboratory (Dallas, TX), Yearly.

Advanced GC/IRD for Forensics, by Analytical Solutions and Providers, (Covington, KY) 2008.

Best Kept Secrets and Latest Developments in GC and GC/MS Seminar, by Agilent Technologies, Irving, TX 2006.

Clandestine Laboratory Training by Drug Enforcement Administration (Quantico, VA), 2006.

Basic Forensic Chemist School by Drug Enforcement Administration (Quantico, VA), 2006.

Basic Training Program for Forensic Drug Chemists by Drug Enforcement Administration South Central Laboratory (Dallas, TX), 2006.

Sparrow Regional Hospital Internship, St. Lawrence Campus, (East Lansing, MI), January 2004 – May 2004.

Michigan State Police Crime Laboratory Volunteer (East Lansing, MI), July 2002 – June 2003.

**GOVERNMENT EXHIBIT**

21b

# EDUCATION AND CERTIFICATIONS

Michigan State University (East Lansing, MI)

- Master of Science in Forensic Science (Chemistry specialization), 2005.
- Bachelor of Science (Physics) 2002.
- Bachelor of Science (Chemistry) 2002.

# DISTINCTIONS

Drug Enforcement Administration award for Exceptional Performance, issued by South Central Laboratory, Dallas, TX (2017), (2018),

# Case Details Report

**Investigating Agency: Albuquerque District Office**

**# of I.A. Exhibits: 1**                          **# of Lab Exhibits: 2**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 401 | 401 | 1 ZPB containing a compressed white powder. | SSEE (2274361) |

| **Gross Weight** | Analyst: CASTARK-HOPENWASSER (2023.04.21) |
|---|---|
| **Equipment : DEA 361266** | |
| Gross Weight (Reported) | 547.1 g |
| Gross Weight (Actual) | 546.88 g |
| Gross Weight (delta) | 0.22 g |
| Gross Weight (delta %) | 0.04 % |
| Weight Discrepancy | No |
| Remarks | No Remarks |

| **Description of Evidence** | Analyst: CASTARK-HOPENWASSER (2023.04.21) |
|---|---|
| Seals | Intact |
| Date Opened | 2023-04-17 |
| Description | One SSEE containing: one empty brown PB, and one ZPB containing a compressed white powder. |
| Consistent With Paperwork? | Yes |
| Remarks | No Remarks |

| **Description of Exhibit and Sampling** | Analyst: CASTARK-HOPENWASSER (2023.04.21) |
|---|---|
| Number of Packages | 1 unit |
| Number of Units | 1 unit |
| Package Type | Ziplock Plastic Bag |
| Logo/Impression | No |
| Gross Form | Powder |
| Dry/Moist | Dry |
| Exemplar | No |
| Number of Units Tested | 1 unit |
| Sampling Procedure | Entire unit ground, sieved 20 mesh, and mixed thoroughly for analysis of a composite. Composite analyzed by: GCMS, FTIR, and GCFID. |
| Deviation from Sampling Plan | No |
| Remarks | No Remarks |

| **Net Weight** | Analyst: CASTARK-HOPENWASSER (2023.04.21) |
|---|---|
| **Equipment : DEA 361266** | |
| Residue | No |
| Type of Weighing | Direct Weighing |
| Net Weight | 500.5 g |
| Net Weight Uncertainty | 0.2 g |
| Remarks | new zpb |
| Use Legacy Calculator | No |



**GOVERNMENT EXHIBIT**

**21c**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 401 | 401 | 1 ZPB containing a compressed white powder. | SSEE (2274361) |

**GC-MS Analysis : Run # 1 - Set # 1**
**Equipment : DEA 40914A**

Analyst: CASTARK-HOPENWASSER (2023.04.21)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | meoh:chcl3 |
| Remarks | No Remarks |

**GC-MS Analysis : Run # 1 - Set # 2 composite**
**Equipment : DEA 40914A**

Analyst: CASTARK-HOPENWASSER (2023.04.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | meoh:chcl3 |
| Retention Time Matching | No |
| Remarks | No Remarks |

| Spectral Result | |
|---|---|
| **Constituent** | **Comments** |
| Cocaine, Salt Undetermined | --- |

**FTIR Analysis : Run # 1 - Set # 1**
**Equipment : DEA 361377**

Analyst: CASTARK-HOPENWASSER (2023.04.21)

| | |
|---|---|
| Negative Control Run | Yes |
| Background | Pass |
| Negative Control Type | Instrumental |
| Negative Control Result | Pass |
| Remarks | No Remarks |

**FTIR Analysis : Run # 1 - Set # 2 composite**
**Equipment : DEA 361377**

Analyst: CASTARK-HOPENWASSER (2023.04.21)

| | |
|---|---|
| Negative Control Run | No |
| Sample Prep | direct on composite |
| Remarks | No Remarks |

| Spectral Result | |
|---|---|
| **Constituent** | **Comments** |
| Cocaine Hydrochloride | --- |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 401 | 401 | 1 ZPB containing a compressed white powder. | SSEE (2274361) |

**Quantitation : Run # 1 - Set # 1 Calibrant**
**Equipment : DEA 361449, DEA 40930A**

Analyst: CASTARK-HOPENWASSER (2023.04.21)

| Type | Standard |
|---|---|
| Method | DEA101L / Gas Chromatography |
| Dilution Technique | N/A |
| Sample Amount (Instrument) | 1.1106 mg/mL |
| Dilution Factor | 1 mL |
| Remarks | No Remarks |

**Quantitation**

| Constituent | RT | Area | Height | Width | Purity |
|---|---|---|---|---|---|
| Cocaine | 1.121 | 293.2406 | 324.2953 | 0.014 | 100.000 |
| Tetracosane | 1.507 | 182.7770 | 327.2805 | 0.009 | 36.017 |

**Quantitation : Run # 1 - Set # 2 QC Low**
**Equipment : DEA 361449, DEA 40930A**

Analyst: CASTARK-HOPENWASSER (2023.04.21)

| Type | Check |
|---|---|
| Method | DEA101L / Gas Chromatography |
| Dilution Technique | N/A |
| Sample Amount (Instrument) | 0.3121 mg |
| Dilution Factor | 1 mL |
| Remarks | No Remarks |

**Quantitation**

| Constituent | RT | Area | Height | Width | Purity |
|---|---|---|---|---|---|
| Cocaine | 1.112 | 77.8132 | 87.2971 | 0.014 | 103.247 |
| Tetracosane | 1.505 | 167.1622 | 291.3324 | 0.009 | 128.164 |

**Quantitation : Run # 1 - Set # 3 Blank**
**Equipment : DEA 361449, DEA 40930A**

Analyst: CASTARK-HOPENWASSER (2023.04.21)

| Type | Blank |
|---|---|
| Method | DEA101L / Gas Chromatography |
| Remarks | No Remarks |

**Quantitation**

| Constituent | RT | Area | Height | Width | Purity |
|---|---|---|---|---|---|
| Cocaine | 0.000 | 0.0000 | 0.0000 | 0.000 | 0.000 |
| Tetracosane | 1.504 | 144.6407 | 247.3548 | 0.010 | 0.400 |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 401 | 401 | 1 ZPB containing a compressed white powder. | SSEE (2274361) |

**Quantitation : Run # 1 - Set # 4 Composite**
**Equipment :  DEA 361449, DEA 40930A**

Analyst: CASTARK-HOPENWASSER (2023.04.21)

| Type | Sample |
|---|---|
| Method | DEA101L / Gas Chromatography |
| Dilution Technique | Volumetric |
| Sample Prep - Sample Weight (LabX) | 826.2 mg |
| Sample Amount (Instrument) | 826.2 mg |
| Sample Prep - Initial Volume | 100 mL |
| Sample Prep - Volume Transferred | 2 mL |
| Sample Prep - Final Volume | 10 mL |
| Sample Prep - Dilution Factor | 500 mL |
| Dilution Factor | 500 mL |
| Remarks | No Remarks |

**Quantitation**

| Constituent | RT | Area | Height | Width | Purity |
|---|---|---|---|---|---|
| Cocaine | 1.115 | 298.7747 | 316.8825 | 0.014 | 88.813 |
| Cocaine | 1.116 | 304.8990 | 333.7871 | 0.015 | 88.826 |
| Tetracosane | 1.503 | 143.7990 | 252.6120 | 0.009 | 0.048 |
| Tetracosane | 1.503 | 140.9311 | 239.1305 | 0.009 | 0.048 |

**Quantitation : Run # 1 - Set # 5 QC High**
**Equipment :  DEA 361449, DEA 40930A**

Analyst: CASTARK-HOPENWASSER (2023.04.21)

| Type | Check |
|---|---|
| Method | DEA101L / Gas Chromatography |
| Dilution Technique | N/A |
| Sample Amount (Instrument) | 1.886 mg |
| Dilution Factor | 1 mL |
| Remarks | No Remarks |

**Quantitation**

| Constituent | RT | Area | Height | Width | Purity |
|---|---|---|---|---|---|
| Cocaine | 1.117 | 442.7231 | 458.6753 | 0.015 | 100.664 |
| Tetracosane | 1.504 | 161.4250 | 276.1837 | 0.009 | 21.209 |

**Reserve Weight**
**Equipment :  DEA 361266**

Analyst: CASTARK-HOPENWASSER (2023.04.21)

| Residue? | No |
|---|---|
| Type of Calculation | No Calculation |
| Reserve Package Plus Drug Weight | 516.27 g |
| Reserve Package Weight | 17.74 g |
| Reserve Weight | 498.53 g |
| Remarks | new zpbs |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 401 | 401 | 1 ZPB containing a compressed white powder. | SSEE (2274361) |

**Description of Reserve Evidence**                    Analyst: CASTARK-HOPENWASSER (2023.04.21)

| Description | Unit into a new ZPB. Composite into new ZPB. All of these ZPBs then into original SSEE. Original wrappings into new ZPB into new SSEE {Latent Print Unit.} |
|---|---|
| Date Sealed | 2023-04-17 |
| Remarks | No Remarks |

**Gross Weight After Analysis**                    Analyst: CASTARK-HOPENWASSER (2023.04.21)
**Equipment :  DEA 361266**

| Gross Weight After Analysis | 545.44 g |
|---|---|
| Remarks | No Remarks |

**Summary of Findings**                    Analyst: CASTARK-HOPENWASSER (2023.04.21)

**Findings**

| Exhibit | Gross Wt | Net Wt (Reported) | Net Wt | Reserve Wt | Retained Wt |
|---|---|---|---|---|---|
| 401 | 546.8 g | 500.5 g ± 0.2 g | 500.56 g ± 0.24061 g | 498.5 g | |

| | Constituent | Purity | APD (Reported) | APD |
|---|---|---|---|---|
| | Cocaine Hydrochloride | 88% ± 6% | 440.4 g ± 29.4 g | 440.44 g ± 29.39924 g |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|-----------|----------|------------------------|-----------|
| 401 | 401 | Fingerprint Evidence | SSEE (2282757) |

| **Description of Reserve Evidence** | Analyst: CASTARK-HOPENWASSER (2023.04.21) |
|---|---|
| Description | Original wrappings into new ZPB into new SSEE {Latent Print Unit.} |
| Date Sealed | 2023-04-17 |
| Remarks | No Remarks |

| **Gross Weight - SP/LP**<br>**Equipment :  DEA 361266** | Analyst: CASTARK-HOPENWASSER (2023.04.21) |
|---|---|
| Gross Weight | 61.5 g |
| Remarks | No Remarks |