**U.S. Department of Justice**
**Drug Enforcement Administration**

South Central Laboratory
Dallas, TX

## Chemical Analysis Report

Albuquerque District Office
2660 Fritts Crossing SE
Albuquerque, NM 87106

**Case Number:** REDACTED
**LIMS Number:** 2023-SFL6-10402

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 1014.01 | N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl) | 115.17 g ± 0.04 g | ---- | ---- |
| 1014.01 | Acetaminophen | | ---- | ---- |
| 1014.01 | Xylazine | | ---- | ---- |
| 1014.01 | Ibuprofen | | ---- | ---- |
| 1014.02 | N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl) | 30.68 g ± 0.02 g | ---- | ---- |

**Remarks:**

The net weight represents the weight of all material, excluding the packaging.

Exhibits 1014.01 and 1014.02: The net weights were determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 1014.01: Total dosage unit count = 1071 tablets (net); 1064 tablets (reserve).

Exhibit 1014.01: Total number of units is an extrapolated value.

### Exhibit Details:

**Date Accepted by Laboratory:** 12/06/2023          **Gross Weight:** 214.1 g          **Date Received by Examiner:** 12/11/2023

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 1014.01 | 1071 | Plastic Bag | Tablet | 114.43 g |
| 1014.02 | 2 | Plastic Bag | Tablet | 29.62 g |

**Remarks:**
Exhibit 1014.02: The exhibit consists of several broken tablet pieces.

### Exhibit Analysis:

**Sampling:**

Exhibit 1014.01: Fentanyl and Acetaminophen identified in 9 unit(s) tested indicating, to at least a 95% level of confidence, that at least 70% of the units in the population contain the substance(s). Xylazine and Ibuprofen also identified in the exhibit.

Exhibit 1014.02: Two composites were formed from 2 units for testing. Fentanyl identified in both composites.

| Exhibit | Summary of Test(s) |
|---|---|
| 1014.01 | Gas Chromatography/Mass Spectrometry, Immunoassay Test |
| 1014.02 | Gas Chromatography/Mass Spectrometry, Immunoassay Test |

**GOVERNMENT EXHIBIT**

56a

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Jay R. Hopenwasser, Senior Forensic Chemist          **Date:** 12/15/2023
**Approved By:** /S/ Kiana L. Henderson, Senior Forensic Chemist          **Date:** 12/20/2023

## Chemical Analysis Report

Albuquerque District Office
2660 Fritts Crossing SE
Albuquerque, NM 87106

**Case Number:** REDACTED
**LIMS Number:** 2023-SFL6-10402

The following summary of testimony is provided as required by Federal Rule of Criminal Procedure 16(a)(1)(G) and is a complete statement of my opinions, which are exclusive to and address only the exhibit(s) identified in this summary. I am employed by the U.S. Department of Justice, Drug Enforcement Administration (DEA) and was so employed when I conducted the examinations and analyses of the above referenced LIMS number. My qualifications to conduct the examinations and analyses, and to express an opinion as to the identity of the material contained in the exhibit(s) described above, are based on my knowledge, skill, experience, training, and education. See my Curriculum Vitae (which will be provided prior to the close of expert discovery) for additional information regarding my qualifications, including previous testimony offered in the last four years and any publications authored in the last ten years. The opinions described are based on the listed chemical, physical, and instrumental analyses, the results generated by those analyses, and my interpretation of those results set forth in the laboratory report and analyst notes. The manner and process by which I performed the analyses were, to the best of my knowledge, in accordance with the publicly available Analysis of Drugs Manual (ADM) and Laboratory Operations Manual (LOM), in effect at the time of analysis. These are generally available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596, or were otherwise disclosed upon request. I analyzed the material contained in the exhibit(s) which were submitted for analysis in the above referenced LIMS number. Refer to this laboratory report associated with the subject LIMS number. The analytical methods used in these analyses are validated and verified according to our quality assurance policy to ensure the methods are reliable and fit-for-purpose and the techniques utilized are widely accepted and employed in the scientific and forensic community. Summaries of instrumental methods are available at: https://www.dea.gov/resources/documents?f%5B0%5D=publication_type%3A2596. This report, its attachments, and the referenced documents are not an exhaustive or complete recitation of testimony that I may offer. In addition, I may offer opinions in response to questions posed during trial. Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I, the analyst, approve the foregoing disclosure, and reserve the right to amend as necessary to comply with Rule 16's obligations.

The terminology used in the preparation of this report is consistent with the current Department of Justice Uniform Language for Testimony and Reports for General Forensic Chemistry and Seized Drug Examinations.

**Analyzed By:** /S/ Jay R. Hopenwasser, Senior Forensic Chemist
**Date:** 12/15/2023
**Approved By:** /S/ Kiana L. Henderson, Senior Forensic Chemist
**Date:** 12/20/2023



Jay Hopenwasser
Department of Justice
Drug Enforcement Administration
Office of Forensic Sciences

Senior Forensic Chemist
South Central Laboratory
Dallas, TX

# AREA OF EXPERTISE

**Forensic Discipline**

Seized Drug Analysis

**Expert Testimony**

Testified on apporoximately thirty-five occasions. In the last four years, have testified on the following occasions:

- U.S. District: docket number 2:23-CR-69-Z, Amarillo, Texas (April 2024)
- U.S. District: docket number 1:23-CR-00032 WJ, Albuquerque, New Mexio (April 2024)
- U.S. District: docket number P-23-CR-416, Pecos, Texas (Twice in January 2024)
- U.S. District: docket number 2:21-CR-096-Z, Amarillo, Texas (January 2023)
- State of Mississippi District Court: docket number 33CII:20-cr-40-PH, Prentiss, MS (February 2022)
- U.S. District: docket number 7:21-CR-025, Midland, Texas  (March 2021)
- U.S. District: docket number MO-20-CR-17e-(2), Midland, Texas (September 2020)

# PROFESSIONAL EXPERIENCE

**Drug Enforcement Administration**

*Senior Forensic Chemist, South Central Laboratory (Dallas, Texas), 01/06 – Present*

- Analyzed more than 5000 pieces of evidence for the presence or absence of a controlled substance.
- Conduct qualitative and quantitative analysis with analytical instrumentation that includes Gas Chromatograph/Mass Spectrometer (GC/MS), Gas Chromatography/Flame Ionization Detector (GC/FID), Gas Chromatograph/Infrared Detector (GC/IRD), High Performance Liquid Chromatograph (HPLC), Ultra Performance Liquid Chromatograph (UPLC), Infrared Spectrometer (IR), Liquid Chromatograph/Mass Spectrometer (LC/MS), Nuclear Magnetic Resonance Spectrometer (NMR), and Ultraviolet-Visible Spectrometer (UV/Vis).
- Perform monthly maintenance of analytical instrumentation.
- Provide assistance in accessing and processing clandestine laboratory seizure sites.
- Provide expert testimony in U.S. federal and state courts.
- Provide training to local, state, and federal law enforcement.
- Served on Quality Assurance Committee.
- Served on Instrument Committee.
- Served on Forensic Chemist Technical Advisory Committee (FCTAC).
- STARLIMS DEA South Central Lab Subject Matter Expert (SME)
- DEA South Central Lab LabX SME
- Training Officer at the South Central Lab
- Serve on the LabX Working Group
- Served on committee to interview new DEA chemists (2018)



GOVERNMENT EXHIBIT

56b

*Training*

- Advanced Chemist Fentanyl Training (Quantico, VA), 2023
- Advanced Site Safety Officer Training (Quantico, VA), 2019
- Advanced LabX Balance software Training (Columbus, OH), 2018
- qTOF LC/MS Training (Dallas, TX), 2018
- GC/MS LTM Training (Dallas, TX), 2016
- qTOF LC/MS Training (Houston, TX), 2016
- Emerging Trends in Synthetic Drugs Workshop (Dallas, TX), 2013
- American Academy of Forensic Sciences Conference (Washington D.C.), 2013
- Instructor Development School (Quantico, VA), 2011
- Level A Clandestine Laboratory Investigations (Quantico, VA), 2011
- Southwest Association of Forensic Science Conference (Grapevine,TX), 2010
- Southwest Association of Forensic Science Conference (Little Rock, AR), 2008
- Thermo LCQ (LC/MS) Operations (West Palm Beach, FL), 2008
- LC/MS Interpretation by Dr. M. Thurman (New Orleans, LA), 2008
- LC/MS Workshop (Vista, CA), 2006
- Trptamines and Phenethylamines (Dallas, TX), 2006
- Basic Forensic Chemist Training (Dallas, TX), 2006
- Clandestine Laboratory Investigations (Quantico, VA), 2006

**New York City Police Department**

*Criminalist II, Crime Laboratory (New York , NY), 2004-2005*

- Analyzed evidence for the presence or absence of a controlled substance.
- Conducted qualitative and quantitative analysis with analytical instrumentation that includes GC/MS, GC/FID, IR, and LC/MS.
- Performed monthly maintenance of analytical instrumentation.

*Training*

- Infrared Analysis of Controlled Substance by Spectros Associates (Albany, NY), 2005
- In House Basic Criminalist Training (New York, NY), 2004

**Harris County Medical Examiners Office**

*Assistant Toxicologist I, Medical Examiners Office (Houston, TX), 2003-2004*

- Analyzed postmortem tissues and body fluids for the presence of drugs.
- Conducted qualitative and quantitative analysis with analytical instrumentation that includes GC/MS and HPLC.
- Processed samples collected from autopsies for toxicological analysis.

## EDUCATION AND CERTIFICATIONS

**Degree Program(s)**

*Sam Houston State University (Huntsville, TX)*

- *Masters of Science in Forensic Sciences, 2003*

*Texas A&M University (College Station, TX)*

- *Bachelor of Science in Biology, 2000*

# PROFESSIONAL AFFILIATIONS

- Clandestine Laboratory Investigating Chemists Associatoin (CLIC), 2013-Present

# PRESENTATIONS AND LECTURES

- Guest Speaker, Clandestine Psilocybin Mushroom Operations
    - DEA Clandestine Recertification (Dallas, TX), 2021
- Chemist Instructor, High Hazard Level A Certification Course
    - State and Local Level A Class# 28 (Castaic, CA), 2020
- Chemist Instructor, High Hazard Level A Certification Course
    - State and Local Level A Class# 23 (Castaic, CA), 2019
- Guest Speaker, Advantages of qTOF LC/MS on Drug Analysis
    - DEA SFL6 Lecture Series (Dallas, TX), 2018
- Subject Matter Expert, Quantitation
    - DEA Basic Forensic Chemist Class #13 (Quantico, VA), 2018
- Subject Matter Expert, Quantitation
    - DEA Basic Forensic Chemist Class #10 (Quantico, VA), 2017
- Subject Matter Expert, High Performance Liquid Chromatography
    - DEA Basic Forensic Chemist Class #9 (Quantico, VA), 2016
- Guest Speaker, Field Test Training
    - Louisiana State Probation (New Orleans, LA), 2015
- Guest Speaker, Drug Identification
    - Basic Narcotics Investigation School (Baton Rouge, LA), 2015
- Guest Speaker, Synthetic Cannabinoid and Cathinone Processing Sites
    - American Academy of Forensic Sciences Conference (Washington, D.C.), 2013
- Guest Speaker, Methamphetamine Trends
    - High Intensity Drug Trafficking Association (Las Cruces, NM), 2011
- Guest Speaker, Drug Identification
    - Texas Gang Investigators Association Conference (Houston, TX), 2010
- Guest Speaker, Processing a One Pot Clandestine Laboratory
    - SWAFS Conference (Grapevine, TX), 2010
- Guest Speaker, Drug Identification and Concealment
    - National Canine Interdiction Association (Marshall, TX), 2010
- Guest Speaker, Methamphetamine Synthesis and Analysis
    - New Mexico DPS Chemist Workshop (Las Cruces, NM), 2009
- Guest Speaker, Field Test Training
    - Workshop for Oklahoma Local Law Enforcement (Norman, OK), 2009

- Guest Speaker, Desorption Electrospray Ionization Analysis (DESI)
    - SWAFS Conference (Little Rock, AR), 2008

## PUBLICATIONS

Hopenwasser J. and Hight J. Distinguishing 25I-NBOH from 2C-I by LC-qTOF-MS. DEA Laboratory Note 2019; LN-19-08-01

## DISTINCTIONS

- Outstanding Performance Award, DEA, 2019
- Exceptional Performance Award, DEA, 2018
- Performance Award, DEA, 2018
- Exceptional Performance Award, DEA, 2017
- Certificate of Appreciation for Outstanding Contributions, DEA New Orleans, 2015
- On the Spot Award, DEA, 2015
- On the Spot Award, DEA, 2014
- On the Spot Award, DEA, 2013
- On the Spot Award, DEA, 2012
- Exceptional Performance Award, DEA, 2011

# Case Details Report

**» I.A. Case #:  REDACTED / LIMS Case #:  2023-SFL6-10402**

**Investigating Agency:  Albuquerque District Office**

**# of I.A. Exhibits: 1**                    **# of Lab Exhibits: 2**

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1014 | 1014.01 | 4 kpb containing an extrapolated 1071 blue and green round tablets marked "M/30" | SSEE (2402496) |

**Gross Weight**  
**Equipment :  DEA 361249**                    Analyst: JRHOPENWASSER (2023.12.12)

| | |
|---|---|
| Gross Weight (Reported) | 214.4 g |
| Gross Weight (Actual) | 214.1 g |
| Remarks | No Remarks |

**Description of Evidence**                    Analyst: JRHOPENWASSER (2023.12.12)

| | |
|---|---|
| Seals | Intact |
| Date Opened | 2023-12-12 |
| Description | 1 SSEE containing 1 SSEE containing 1 zpb containing 4 kpb containing an extrapolated 1071 round blue and green tablets marked "M/30" (Exhibit 1014.01) and 2 kpb containing broken round yellow tablet fragments with "M/30" markings (Exhibit 1014.02). |
| Consistent With Paperwork? | Yes |
| Remarks | No Remarks |

**Description of Exhibit and Sampling**                    Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Number of Packages | 4 unit |
| Number of Units | 1071 unit |
| Package Type | Plastic Bag |
| Logo/Impression | No |
| Gross Form | Tablet |
| Top Logo | M |
| Bottom Logo | 30 |
| Tablet Shape | Round |
| Tablet Color | Blue-Green |
| Dry/Moist | Dry |
| Exemplar | No |
| Number of Units Tested | 9 unit |
| Sampling Procedure | Lottery method A used to select 9 units from 4 bags  to screen by immunoassay and GC/MS. |
| Deviation from Sampling Plan | No |
| Remarks | No Remarks |

GOVERNMENT EXHIBIT

56c

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1014 | 1014.01 | 4 kpb containing an extrapolated 1071 blue and green round tablets marked "M/30" | SSEE (2402496) |

**Net Weight**
**Equipment : DEA 361255, DEA 361272**

Analyst: JRHOPENWASSER (2023.12.12)

| | |
|---|---|
| Residue | No |
| Type of Weighing | Unit Count Extrapolation |
| Net Weight | 115.17 g |
| Net Weight Uncertainty | 0.04 g |
| Total Unit Count | 1071 |
| Average Net Weight per Unit | 0.10752 g |
| Remarks | No Remarks |
| Use Legacy Calculator | No |

**Immunoassay Test : Run # 1 - Set # 1 Blank**

Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Result | Pass |
| Immunoassay Type | Fentanyl Immunoassay Test Strips |
| Lot Number | B2212004 |
| Remarks | No Remarks |

**Immunoassay Test : Run # 1 - Set # 2 Samples**

Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | No |
| Immunoassay Type | Fentanyl Immunoassay Test Strips |
| Lot Number | B2212004 |
| Applicable Units | 1-9 |
| Result | Positive |
| Remarks | No Remarks |

**Immunoassay Test : Run # 1 - Set # 3 Standard**

Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | No |
| Immunoassay Type | Fentanyl Immunoassay Test Strips |
| Lot Number | B2212004 |
| Applicable Units | 1/1 |
| Result | Positive |
| Remarks | lot# FENImmuno 051523 |

**GC-MS Analysis : Run # 1 - Set # 1 Blank**
**Equipment : DEA 40913A**

Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | CHCl3 with MeOH |
| Remarks | 10:1 split |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1014 | 1014.01 | 4 kpb containing an extrapolated 1071 blue and green round tablets marked "M/30" | SSEE (2402496) |

**GC-MS Analysis : Run # 1 - Set # 2 # 1**
**Equipment :  DEA 40913A**

Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | CHCl3 with MeOH |
| Remarks | 10:1 split |

**Sample Result**

| Constituent | Comments |
|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | RT within 0.1 minute of authenticated standard |
| Acetaminophen | RT within 0.1 minute of authenticated standard |
| Dipyrone | indications only |
| 4-Anilino-N-phenethylpiperidine (ANPP) | indications only |
| Ibuprofen | RT within 0.1 minute of authenticated standard |
| N-1-Diphenethyl-N-phenylpiperidin-4-amine (Phenethyl 4-ANPP), Salt Undetermined | indications only |

**GC-MS Analysis : Run # 1 - Set # 3 # 2**
**Equipment :  DEA 40913A**

Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | CHCl3 with MeOH |
| Remarks | 10:1 split |

**Sample Result**

| Constituent | Comments |
|---|---|
| Ibuprofen | indications only |
| Xylazine | RT within 0.1 minute of authenticated standard |
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | RT within 0.1 minute of authenticated standard |
| Acetaminophen | RT within 0.1 minute of authenticated standard |
| Dipyrone | indications only |
| 4-Anilino-N-phenethylpiperidine (ANPP) | indications only |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1014 | 1014.01 | 4 kpb containing an extrapolated 1071 blue and green round tablets marked "M/30" | SSEE (2402496) |

**GC-MS Analysis : Run # 1 - Set # 4 # 3**
**Equipment : DEA 40913A**

Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | CHCl3 with MeOH |
| Remarks | 10:1 split |

**Sample Result**

| Constituent | Comments |
|---|---|
| Mannitol | indications only |
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | RT within 0.1 minute of authenticated standard |
| Acetaminophen | RT within 0.1 minute of authenticated standard |
| Dipyrone | indications only |
| 4-Anilino-N-phenethylpiperidine (ANPP) | indications only |

**GC-MS Analysis : Run # 1 - Set # 5 # 4**
**Equipment : DEA 40913A**

Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | CHCl3 with MeOH |
| Remarks | 10:1 split |

**Sample Result**

| Constituent | Comments |
|---|---|
| Mannitol | indications only |
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | RT within 0.1 minute of authenticated standard |
| Acetaminophen | RT within 0.1 minute of authenticated standard |
| Dipyrone | indications only |
| 4-Anilino-N-phenethylpiperidine (ANPP) | indications only |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1014 | 1014.01 | 4 kpb containing an extrapolated 1071 blue and green round tablets marked "M/30" | SSEE (2402496) |

**GC-MS Analysis : Run # 1 - Set # 6 # 5**
**Equipment :  DEA 40913A**

Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | CHCl3 with MeOH |
| Remarks | 10:1 split |

**Sample Result**

| Constituent | Comments |
|---|---|
| Xylazine | RT within 0.1 minute of authenticated standard |
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | RT within 0.1 minute of authenticated standard |
| Acetaminophen | RT within 0.1 minute of authenticated standard |
| Dipyrone | indications only |
| 4-Anilino-N-phenethylpiperidine (ANPP) | indications only |

**GC-MS Analysis : Run # 1 - Set # 7 # 6**
**Equipment :  DEA 40913A**

Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | CHCl3 with MeOH |
| Remarks | 10:1 split |

**Sample Result**

| Constituent | Comments |
|---|---|
| tert-Butyl 4-(N-phenylpropanamido)piperidine-1-carboxylate (t-Boc Norfentanyl) | indications only |
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | RT within 0.1 minute of authenticated standard |
| Acetaminophen | RT within 0.1 minute of authenticated standard |
| Dipyrone | indications only |
| 4-Anilino-N-phenethylpiperidine (ANPP) | indications only |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1014 | 1014.01 | 4 kpb containing an extrapolated 1071 blue and green round tablets marked "M/30" | SSEE (2402496) |

**GC-MS Analysis : Run # 1 - Set # 8 # 7**
**Equipment :  DEA 40913A**

Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | CHCl3 with MeOH |
| Remarks | 10:1 split |

### Sample Result

| Constituent | Comments |
|---|---|
| N-1-Diphenethyl-N-phenylpiperidin-4-amine (Phenethyl 4-ANPP), Salt Undetermined | indications only |
| tert-Butyl 4-(N-phenylpropanamido)piperidine-1-carboxylate (t-Boc Norfentanyl) | indications only |
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | RT within 0.1 minute of authenticated standard |
| Acetaminophen | RT within 0.1 minute of authenticated standard |
| Dipyrone | indications only |
| 4-Anilino-N-phenethylpiperidine (ANPP) | indications only |

**GC-MS Analysis : Run # 1 - Set # 9 # 8**
**Equipment :  DEA 40913A**

Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | CHCl3 with MeOH |
| Remarks | 10:1 split |

### Sample Result

| Constituent | Comments |
|---|---|
| tert-Butyl 4-(N-phenylpropanamido)piperidine-1-carboxylate (t-Boc Norfentanyl) | indications only |
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | RT within 0.1 minute of authenticated standard |
| Acetaminophen | RT within 0.1 minute of authenticated standard |
| Dipyrone | indications only |
| 4-Anilino-N-phenethylpiperidine (ANPP) | indications only |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|-----------|----------|------------------------|-----------|
| 1014 | 1014.01 | 4 kpb containing an extrapolated 1071 blue and green round tablets marked "M/30" | SSEE (2402496) |

### GC-MS Analysis : Run # 1 - Set # 10 # 9
**Equipment :  DEA 40913A**

Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | CHCl3 with MeOH |
| Remarks | 10:1 split |

### Sample Result

| Constituent | Comments |
|-------------|----------|
| tert-Butyl 4-(N-phenylpropanamido)piperidine-1-carboxylate (t-Boc Norfentanyl) | indications only |
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | RT within 0.1 minute of authenticated standard |
| Acetaminophen | RT within 0.1 minute of authenticated standard |
| Dipyrone | indications only |
| 4-Anilino-N-phenethylpiperidine (ANPP) | indications only |

### GC-MS Analysis : Run # 1 - Set # 11 Standard
**Equipment :  DEA 40913A**

Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | CHCl3 |
| Remarks | Authenticated Standard Mix |

### Reserve Weight
**Equipment :  DEA 361272**

Analyst: JRHOPENWASSER (2023.12.13)

| | |
|---|---|
| Residue? | No |
| Type of Calculation | Calculate Dosage Unit |
| Reserve Weight | 114.436 g |
| Reserve Dosage Units | 1064.3 unit |
| Remarks | No Remarks |

### Description of Reserve Evidence

Analyst: JRHOPENWASSER (2023.12.13)

| | |
|---|---|
| Description | Exhibit 1014.01 reserve in 5 new zpbs and further sealed in a new zpb; Exhibit 1014.02 reserve in 2 new zpbs and further sealed in a new zpb; empty pbs; All contents further sealed in original inner SSEE and further sealed in original outer SSEE. |
| Date Sealed | 2023-12-13 |
| Remarks | No Remarks |

### Gross Weight After Analysis
**Equipment :  DEA 361249**

Analyst: JRHOPENWASSER (2023.12.13)

| | |
|---|---|
| Gross Weight After Analysis | 253.2 g |
| Remarks | No Remarks |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1014 | 1014.01 | 4 kpb containing an extrapolated 1071 blue and green round tablets marked "M/30" | SSEE (2402496) |

**Summary of Findings**                                                                                    Analyst: JRHOPENWASSER (2023.12.15)

**Findings**

| Exhibit | Gross Wt | Net Wt (Reported) | Net Wt | Reserve Wt | Retained Wt |
|---|---|---|---|---|---|
| 1014.01 | 214.1 g | 115.17 g ± 0.04 g | 115.179 g ± 0.04121 g | 114.43 g | |

| Constituent | Purity | APD (Reported) | APD |
|---|---|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl) | | | |
| Acetaminophen | | | |
| Xylazine | | | |
| Ibuprofen | | | |

| Exhibit | Gross Wt | Net Wt (Reported) | Net Wt | Reserve Wt | Retained Wt |
|---|---|---|---|---|---|
| 1014.02 | | 30.68 g ± 0.02 g | 30.689 g ± 0.02060 g | 29.62 g | |

| Constituent | Purity | APD (Reported) | APD |
|---|---|---|---|
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl) | | | |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|-----------|----------|------------------------|-----------|
| 1014 | 1014.02 | 2 kpb containing yellow broken round tablet fragments | SSEE (2402496) |

| **Description of Exhibit and Sampling** | Analyst: JRHOPENWASSER (2023.12.15) |
|---|---|
| Number of Packages | 2 unit |
| Number of Units | 2 unit |
| Package Type | Plastic Bag |
| Logo/Impression | No |
| Gross Form | Tablet |
| Top Logo | M |
| Bottom Logo | 30 |
| Tablet Shape | Round |
| Tablet Color | Yellow |
| Dry/Moist | Dry |
| Exemplar | No |
| Number of Units Tested | 2 unit |
| Sampling Procedure | Each bag of broken tablets considered comingled.  Each bag ground, sieved to 20 mesh, and remixed in 2 new zpbs.  Both composites screened by immunoassay and GC/MS. |
| Deviation from Sampling Plan | No |
| Remarks | No Remarks |

| **Net Weight** | Analyst: JRHOPENWASSER (2023.12.13) |
|---|---|
| **Equipment :  DEA 361272** | |
| Residue | No |
| Type of Weighing | Direct Weighing |
| Net Weight | 30.68 g |
| Net Weight Uncertainty | 0.02 g |
| Remarks | No Remarks |
| Use Legacy Calculator | No |

| **Immunoassay Test : Run # 1 - Set # 1 Blank** | Analyst: JRHOPENWASSER (2023.12.15) |
|---|---|
| Negative Control Run | Yes |
| Negative Control Result | Pass |
| Immunoassay Type | Fentanyl Immunoassay Test Strips |
| Lot Number | B2212004 |
| Remarks | No Remarks |

| **Immunoassay Test : Run # 1 - Set # 2 Samples** | Analyst: JRHOPENWASSER (2023.12.15) |
|---|---|
| Negative Control Run | No |
| Immunoassay Type | Fentanyl Immunoassay Test Strips |
| Lot Number | B2212004 |
| Applicable Units | 1-2 |
| Result | Positive |
| Remarks | No Remarks |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|-----------|----------|------------------------|-----------|
| 1014 | 1014.02 | 2 kpb containing yellow broken round tablet fragments | SSEE (2402496) |

**Immunoassay Test : Run # 1 - Set # 3 Standard**                    Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | No |
| Immunoassay Type | Fentanyl Immunoassay Test Strips |
| Lot Number | B2212004 |
| Applicable Units | 1/1 |
| Result | Positive |
| Remarks | lot# FENImmuno 051523 |

**GC-MS Analysis : Run # 1 - Set # 1 Blank**                    Analyst: JRHOPENWASSER (2023.12.15)
**Equipment : DEA 40913A**

| | |
|---|---|
| Negative Control Run | Yes |
| Negative Control Type | Instrumental/Solvent |
| Negative Control Result | Pass |
| Solvent | CHCl3 with MeOH |
| Remarks | 10:1 split |

**GC-MS Analysis : Run # 1 - Set # 2 # 1**                    Analyst: JRHOPENWASSER (2023.12.15)
**Equipment : DEA 40913A**

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | CHCl3 with MeOH |
| Remarks | 10:1 split |

**Sample Result**

| Constituent | Comments |
|-------------|----------|
| Acetaminophen | Peak shape not suitable for RT comparison. |
| Dipyrone | indications only |
| 4-Anilino-N-phenethylpiperidine (ANPP) | indications only |
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | RT within 0.1 minute of authenticated standard. |
| N-(1-Phenethylpiperidin-4-yl)-N-phenylacetamide (Acetyl Fentanyl), Salt Undetermined | indications only |

| Exhibit # | Lab Ex # | Lab Exhibit Description | Container |
|---|---|---|---|
| 1014 | 1014.02 | 2 kpb containing yellow broken round tablet fragments | SSEE (2402496) |

### GC-MS Analysis : Run # 1 - Set # 3 # 2
### Equipment :  DEA 40913A
Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | CHCl3 with MeOH |
| Remarks | 10:1 split |

### Sample Result

| Constituent | Comments |
|---|---|
| Acetaminophen | Peak shape not suitable for RT comparison. |
| Dipyrone | indications only |
| 4-Anilino-N-phenethylpiperidine (ANPP) | indications only |
| N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), Salt Undetermined | RT within 0.1 minute of authenticated standard. |

### GC-MS Analysis : Run # 1 - Set # 4 Standard
### Equipment :  DEA 40913A
Analyst: JRHOPENWASSER (2023.12.15)

| | |
|---|---|
| Negative Control Run | No |
| Sample Weighed | No |
| Solvent | CHCl3 |
| Remarks | Authenticated Standard Mix |

### Reserve Weight
### Equipment :  DEA 361272
Analyst: JRHOPENWASSER (2023.12.13)

| | |
|---|---|
| Residue? | No |
| Type of Calculation | No Calculation |
| Reserve Weight | 29.621 g |
| Remarks | No Remarks |

### Supervisory Approval : Run # 1 - Set # 1 Composites
Analyst: JRHOPENWASSER (2023.12.13)

| | |
|---|---|
| Description of Action Taken | Approval to form a composite from each bag of broken tablets and analyze each composite (2 units). |
| Action Approved | Yes |
| Action Approved By | MJMORLEY |

### Supervisory Approval : Run # 1 - Set # 2 Acetyl Fentanyl
Analyst: JRHOPENWASSER (2023.12.13)

| | |
|---|---|
| Description of Action Taken | Approval for no further pursuit of indications of acetylfentanyl as per Supervisor |
| Action Approved | Yes |
| Action Approved By | ADETULLEO |