**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 2 9 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 23-1623 MLG |
| | ) | |
| vs. | ) | Count 1:  21 U.S.C. § 846:  Conspiracy; |
| | ) | |
| **JORDAN ANDRADE-VALDEZ,** | ) | Count 2:  21 U.S.C. §§ 841(a)(1) and |
| | ) | (b)(1)(B)(vi):  Distribution of 40 Grams |
| Defendant. | ) | and More of Fentanyl (N-phenyl-N-[1-(2- |
| | ) | phenylethyl)-4-piperidinyl] propanamide); |
| | ) | |
| | ) | Count 3:  21 U.S.C. §§ 841(a)(1) and |
| | ) | (b)(1)(C):  Distribution of Heroin; |
| | ) | |
| | ) | Count 4:  21 U.S.C. § 860:  Distribution of |
| | ) | Fentanyl within One Thousand Feet of an |
| | ) | Elementary School; 18 U.S.C. § 2: |
| | ) | Aiding and Abetting; |
| | ) | |
| | ) | Count 5:  18 U.S.C. §§ 922(g)(1), |
| | ) | 922(g)(5), and 924:  Prohibited Person in |
| | ) | Possession of a Firearm and Ammunition. |

## INFORMATION

The United States Attorney charges:

### Count 1

From August 19, 2020, and continuing to on or about September 19, 2023, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **JORDAN ANDRADE-VALDEZ**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown, to commit an offense defined in 21 U.S.C. § 841(a)(1), specifically, distribution of a controlled substance.

### Quantity of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) Involved in the Conspiracy

With respect to **JORDAN ANDRADE-VALDEZ**, the amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), contrary to 21 U.S.C. § 841(b)(1)(A)(vi).

### Quantity of Methamphetamine Involved in the Conspiracy

With respect to **JORDAN ANDRADE-VALDEZ**, the amount of methamphetamine involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams and more of methamphetamine, contrary to 21 U.S.C. § 841(b)(1)(A)(viii).

### Quantity of Cocaine Involved in the Conspiracy

With respect to **JORDAN ANDRADE-VALDEZ**, the amount of cocaine involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, contrary to 21 U.S.C. § 841(b)(1)(A)(ii).

In violation of 21 U.S.C. § 846.

### Count 2

On or about August 19, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **JORDAN ANDRADE-VALDEZ**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved 40 grams and more of a mixture and

2

substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi).

### Count 3

On or about September 29, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **JORDAN ANDRADE-VALDEZ**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 4

On or about September 14, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **JORDAN ANDRADE-VALDEZ**, unlawfully, knowingly and intentionally distributed a controlled substance, namely, 400 grams and more of a mixture and substance containing a detectable amount of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), within one thousand feet of the real property comprising Wilson Middle School, 1138 Cardenas Drive SE, in Albuquerque, New Mexico.

In violation of 21 U.S.C. § 860, and 18 U.S.C. § 2.

### Count 5

On or about November 29, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **JORDAN ANDRADE-VALDEZ**, knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(5), and 924.

3

FORFEITURE ALLEGATIONS

Upon conviction of any offense in violation of 21 U.S.C. § 841, the defendant, **JORDAN ANDRADE-VALDEZ**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to:

  a. $6,265 in cash (N-710);

  b. $6324 in cash (N-711);

  c. $2,215 in cash (N-712);

  d. $2,462 in cash (N-713);

  e. a Taurus 40 caliber handgun, serial number ABH826957, along with several magazines and .40 caliber ammunition (N-721, N-723, N-724);

  f. a Colt .45 caliber handgun, serial number CV48945, along with a magazine and .45 caliber ammunition (N-729, N-730, N-731);

  g. 21 rounds of .50 caliber ammunition (N-727);

  h. 35 rounds of .380 caliber ammunition (N-720);

  i. 38 rounds of .380 caliber ammunition (N-722);

  j. 44 rounds of 5.56 caliber ammunition, along with related magazines (N-714, N-728);

  k. a black Samsung smartphone (N-700);

  l. a Motorola smartphone with a clear case (N-701);

m.  a black iPhone X (N-702);

n.  a black Samsung Galaxy smartphone (N-703)

o.  a silver iPhone (N-704);

p.  a grey Cricket smartphone (N-705);

q.  a black iPhone (N-706);

r.  a black iPhone (N-707);

s.  a purple iPhone (N-708); and

t.  a blue Redmi phone (N-709).

Upon conviction of any offense in violation of 18 U.S.C. §§ 922(g) or 924(c), the defendant, **JORDAN ANDRADE-VALDEZ**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

a.  a Taurus 40 caliber handgun, serial number ABH826957, along with several magazines and .40 caliber ammunition (N-721, N-723, N-724);

b.  a Colt .45 caliber handgun, serial number CV48945, along with a magazine and .45 caliber ammunition (N-729, N-730, N-731);

c.  21 rounds of .50 caliber ammunition (N-727);

d.  35 rounds of .380 caliber ammunition (N-720);

e.  38 rounds of .380 caliber ammunition (N-722); and

f.  44 rounds of 5.56 caliber ammunition, along with related magazines (N-714, N-728).

RYAN ELLISON
Acting United States Attorney

DAVID B. HIRSCH
Assistant United States Attorney
201 3rd Street NW, Ste 900
Albuquerque, New Mexico 87103